ACCEPTED
12-14-00025-CR
TWELFTH COURT OF APPEALS
TYLER, TEXAS
2/13/2015 10:24:37 AM
CATHY LUSK
CLERK





Mark W. Cargill
ATTORNEY AT LAW

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
2/13/2015 10:24:37 AM
CATHY S. LUSK
Clerk

Christina L. Cargill
SR. PARALEGAL
SOCIAL SECURITY REPRESENTATIVE

Sheridan Wendele
CLIENT SERVICES

Cheryl Day
CRIMINAL SECRETARY

February 13, 2015

**VIA CERTIFIED MAIL**
**RETURN RECEIPT REQUESTED**
Willis Demond Carwell # 01894896
Telford Unit
3899 Hwy 98
New Boston, Tx. 75570

RE:     *Willis Demond Carwell v. The State of Texas*
        *No.:     12-14-00025-CR, Trial:  31064*

Dear Mr. Carwell:

Please be advised that the 12th Court of Appeals District of Texas – Tyler, Texas, has Affirmed the lower court's decision on your case by way of a MANDATE and/or written Opinion that was issued on February 11, 2015, and a copy of which is enclosed for your convenience.  If you desire to file a Pro Se Petition for Discretionary Review - appeal, you must do so **no later than 30 days after the date of the decision, i.e.  March 11, 2015.**

If you have any questions or concerns, please call and/or notify me by written - correspondence.

Very truly yours,

Cargill & Associates

Mark W. Cargill
MWC/cc
Enclosure

cc:     Court of Appeals – 12th Court of Appeal, Tyler, Texas via E-Filing

701 N. Elm Street  •  Palestine, Texas 75801  •  Telephone: 903/729-8011  •  Fax: 903/729-5112  •  Email: cargillaw@earthlink.net

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

*Willis Carwell*



& Associates

Elm Street • Palestine, Texas 75801

CERTIFIED MAIL™



7010 3090 0002 7290 9001



UNITED STATES POSTAGE
PITNEY BOWES

02 1P          $ 006.69⁰
0001807679   FEB 13 2015
MAILED FROM ZIP CODE 75801

Willis D. Carwell #01894896
Telford Unit
3899 Hwy 98
New Boston, TX. 75570